UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GELAZELA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOUGLAS WHITE,<br><br>　　　　　Respondent. | Case No.  1:21-cv-00002-HBK<br><br>ORDER DIRECTING CLERK TO SEND PLEADINGS TO APPROPRIATE INSTITUTIONAL OFFICIAL<br><br>(Doc. Nos. 1, 8) |

　　　　Petitioner Mark Gelazela, a federal prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1). In both his petition and emergency motion to compel, petitioner states that he is in debilitating pain and seeks emergency medical care. (*See generally* Doc. Nos. 1, 8). The court regularly receives *pro se* notices from confined persons alleging suicide, danger of death, or imminent serious physical harm to themselves or to others. In an abundance of caution, the court will expedite notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

　　　　Accordingly, it is **ORDERED**:

　　　　1. The clerk shall forward a copy of petitioner's petition (Doc. No. 1) and emergency motion to compel (Doc. No. 8) which contain allegations of suicide, danger of death, or imminent physical harm by a confined person to the appropriate officials at the Federal Correctional

Institution in Mendota, CA for handling as officials deem appropriate.

    2. The clerk shall indicate on the docket the name of the official(s) to whom notice was provided and upon receipt the official shall confirm receipt thereof.

    3. This order is not a ruling on the allegations or relief requested in the pleading or the merits of allegations in this case.

IT IS SO ORDERED.

Dated:    April 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE